J.A14013/14

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P 65.37**

| | | |
|---|---|---|
| MICHAEL GERA (DECEASED), DOROTHY GERA, MICHAEL G. GERA AND JOHN M. GERA, | : : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellants | : : | |
| v. | : : | |
| MARYLOU RAINONE, D.O., ROBERT DECOLLI, JR., D.O., AND SCHUYLKILL MEDICAL CENTER | : : : | No. 1951 MDA 2013 |

Appeal from the Judgment Entered October 2, 2013
in the Court of Common Pleas of Schuylkill County
Civil Division at No. S-641-2013

| | | |
|---|---|---|
| MICHAEL GERA, DECEASED, DOROTHY GERA, MICHAEL G. GERA AND JOHN M. GERA, | : : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| v. | : : : | |
| MARYLOU RAINONE, D.O., ROBERT DECOLLI, JR., D.O., AND SCHUYLKILL MEDICAL CENTER | : : : : | |
| APPEAL OF: DOROTHY GERA, MICHAEL G. GERA AND JOHN M. GERA | : : : | |
| Appellants | : : | No. 2163 MDA 2013 |

Appeal from the Order Entered November 1, 2013
in the Court of Common Pleas of Schuylkill County
Civil Division at No. S-641-13

BEFORE:  FORD ELLIOTT, P.J.E, OLSON AND STRASSBURGER,* JJ.

DISSENTING STATEMENT BY STRASSBURGER, J.:**FILED NOVEMBER 06, 2014**

* Retired Senior Judge assigned to the Superior Court.

This case presents a procedural quagmire. It is unclear to me whether either (or both) of Appellants' appeals is properly before this Court, or which (if any) issues Appellants preserved for appeal. However, I agree with the *dicta* on pages 12 and 13 of the Majority Memorandum: Appellants' claims require expert testimony. Accordingly, the trial court properly struck the certificate of merit, and Appellees properly obtained a judgment of *non pros* against Appellants. Therefore, I would affirm.